IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 09-155-6 |
| | : | |
| CARLOS R. MARTINEZ | : | |
| | : | |

## ORDER

AND NOW, this 19th day of November 2010, upon consideration of Defendant's Motion for Pretrial Release (Doc. No. 144), Defendant's Memorandum of Law In Support of Defendant's Motion For Pretrial Release (Doc. No. 178), the Government's response in opposition (Doc. No. 173), and the arguments and proffered evidence presented at the October 27, 2010 hearing, it is ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.